# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | Case No. BK 23-40439-TLS |
| | ) | |
| KMS SHUTTLE SERVICE, LLC | ) | |
| d/b/a Central Nebraska Auto Sales, | ) | Chapter 11 |
| d/b/a Cox Capital Properties | ) | |
| | ) | |
| Debtor. | ) | |

## REQUEST FOR SHORTENED NOTICE AND EXPEDITED HEARING

COMES NOW, Pinnacle Bank, by and through counsel and pursuant to Neb. Bankr. R. 9006-1, and moves the Court to set a shortened resistance period and expedited hearing on Pinnacle Bank's Motion for Relief. In support of this Motion, Pinnacle Bank states"

1. The Debtor, KMS Shuttle Service, LLL dba Central Nebraska Auto Sales dba Cox Capital Properties ("Debtor") filed its Bankruptcy petition on May 10, 2023.

2. Contemporaneously herewith, Pinnacle Bank has filed a Motion for Relief, for cause, alleging that Pinnacle Bank lacks adequate protection because, among other reasons, the Debtor or Debtor's principal is misappropriating Pinnacle Bank's collateral.

3. Additional factual basis supporting the Motion for Relief and this Motion for Shortened Notice and Expedited Hearing are set forth in the Affidavit of Jesse Dubas being contemporaneously filed in connection herewith. The allegations of the Dubas affidavit are incorporated herein by this reference.

4. Local Rule 9006-1(A) states as follows:

> Rule 9006-1. Shortened Notice. A. Motion. For good cause, a party may file a motion to expedite a hearing or shorten the resistance deadline of Local Rule 9013-(B). The motion must be captioned "Motion for Expedited Hearing" or "Motion for Shortened Notice", must be filed separately from the underlying motion, and cannot seek other relief. The motion must state the request, the name of opposing counsel, if known, the

1

reasons for the expedited herein or shortened notice, and law and facts that support the motion. The movant does not have to serve the motion for order shortening time, which the court may determine ex parte."

5. Good cause exists to grant this Motion because, upon Pinnacle Bank's information and belief, and as stated in the Affidavit of Jesse Dubas, the Debtor is or may be secreting and/or misappropriating assets which are Pinnacle Bank's collateral.

6. Pinnacle Bank requests the following relief in connection with this Motion:

   a. **Hearing**. That the Court set a hearing on Pinnacle Bank's Motion for Relief being filed contemporaneously herewith no more than seven (7) days following the date of this Motion.

   b. **Objection Deadline**. That the Court set the objection deadline for Pinnacle Bank's Motion for Relief for one (1) day prior to the Hearing on the Motion for Relief, or otherwise as the Court may direct.

   c. **Notice**. Directing Pinnacle Bank to provide prompt notice of this Motion, the Motion for Relief, the hearing date and time and objection deadline as set by the Court, to (i) all attorneys of record, via the CM/ECF system, (ii) all persons on the matrix by regular U.S. mail, and (iii) the Debtor, by regular U.S. mail.

WHEREFORE, Pinnacle Bank respectfully requests that the Court grant Pinnacle Bank's Motion for Expedited Hearing, Shortened Notice, and grant such other and further relief in connection herewith as the Court deems just and equitable.

DATED this 7th day of June, 2023

                                    PINNACLE BANK, Secured Creditor

By:   */S/ Craig A. Knickrehm*
       Craig A. Knickrehm #16595
       Andrew R. Biehl #25050
       Walentine O'Toole, LLP
       11240 Davenport Street
       Omaha, NE 68154-0125
       P: (402) 330 6300
       F: (402) 330 6303
       cknickrehm@walentineotoole.com
       abiehl@walentineotoole.com
       Attorneys for Pinnacle Bank

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above and foregoing pleading was served electronically via the CM/ECF filing system on this 7th day of June, 2023.

                                    */s/ Craig A. Knickrehm*