hrgobj (03/22)

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

    KMS Shuttle Service, LLC                 Bankruptcy Proceeding No. 23−40439−TLS
                                                                           Chapter 11

    Debtor(s)

                                                                                 Judge: Thomas L Saladino

### Notice Setting Objection / Resistance Deadline and Hearing

The last day to object or resist the Motion for Relief from the Automatic Stay filed by Pinnacle Bank (Fil. #20) is **June 16, 2023**. The objection or resistance must comply with Neb. R. Bankr. P. 9013−1. If an objection or resistance is not timely filed, the court may enter an order granting the relief requested without further notice or hearing.

If an objection or resistance is properly and timely filed, a hearing will be held on **June 21, 2023** at **09:00 AM**, CENTRAL TIME in the **Robert V. Denney Courthouse, 460 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508**. The hearing will be conducted on affidavit evidence, which must be submitted to the court and opposing parties by **June 20, 2023**.

If the motion is a motion for relief from stay, the hearing will be a final hearing under 11 U.S.C. 362(d) and (e) unless the court expressly treats it as a preliminary hearing.

Parties may appear by telephone. You must call the AT&T TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll−free call−in number, access number, and participant security code may not be the same for every hearing. The required call−in information is:

                TOLL FREE CALL IN NUMBER 1−888−684−8852
                            ACCESS CODE 5799715
                      PARTICIPANT SECURITY CODE 0804

If you plan to appear in the courtroom for the hearing and require equipment for the hearing impaired, please notify the courtroom department at least twenty−four hours before the hearing is scheduled to begin.

**Attention Movant: You must immediately serve** a copy of the motion and this notice on all parties in interest who could be affected by the relief sought. You must file a certificate of service with the Bankruptcy Court at least five days before the last day to object or resist.

Dated: 6/7/23

                                                                                     Eva Roeber
                                                                                     Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.
Craig Knickrehm/Andrew Biehl

(02/22)

## Instructions to Enter Telephone Conference

1. Dial the TOLL–FREE CALL–IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted, enter the PARTICIPANT SECURITY CODE from the hearing notice, followed by the # key. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court or the AT&T auto–attendant.

## Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un–mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.