IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Case No. BK 23-40439-TLS |
| | ) | |
| KMS SHUTTLE SERVICE, LLC, | ) | Chapter 11 |
| d/b/a Central Nebraska Auto Sales, | ) | |
| d/b/a Cox Capital Properties, | ) | |
| | ) | |
| Debtor. | ) | |

**STIPULATION REGARDING PINNACLE BANK'S MOTION FOR RELIEF**

COME NOW, KMS SHUTTLE SERVICE, LLC, Debtor and Debtor-in-Possession in the above referenced case ("Debtor"), and PINNACLE BANK and hereby Stipulate regarding Pinnacle Bank's Motion for Relief (Doc 20) and the Debtor's Objection thereto (Doc 35) as follows:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Fed. R. Bankr. P. 1015(b).

2. Venue lies properly in this court pursuant to 28 U.S.C. § 1408.

3. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

4. The Debtor operates multiple businesses: (a) shipping/transportation business of vehicles; (b) a used car lot; (c) "buy here, pay here" vehicle sales; (d) one (1) commercial rental property; and (e) various residential rental properties.

5. Pinnacle Bank provided financing for the Debtor's businesses.

6. The Debtor filed voluntary petition for relief under Chapter 11 of Title 11 of the United States Code and, pursuant to §§ 1107 and 1108 of the Bankruptcy Code, continues in the possession of its properties and management of its businesses as Debtor-in-Possession.

7. Pinnacle Bank is the holder of eight (8) promissory notes executed and delivered by the Debtor. (Loan Nos, xxxxxx1518-floor plan line of credit; xxxxxx1535; xxxxxx1396; xxxxxx1481; xxxxxx1483; xxxxxx1519; xxxxxx1536; and, xxxxxx1537). (The "Notes"). The

Case 23-40439-TLS    Doc 51    Filed 07/25/23    Entered 07/25/23 16:33:08    Desc Main
Document      Page 2 of 3

Notes are secured by various Commercial Security Agreements covering all assets of the Debtor, including vehicle inventory owned by the Debtor and certain vehicles owned by Debtor's principal, Tyler Cox.

8. The loans evidenced by the above described loan documents are secured by the Debtor's personal property, including the vehicles listed on the inventory attached to the Motion as **Exhibit A**, as well as the following vehicles titled in the name of Tyler Cox: 2015 Range Rover SUV; 2010 Chevrolet Camaro SS; 1990 Chevrolet K 1500; 2013 Polaris 800; and 2021 H&H Trailer Flatbed H8216 ("Cox Personal Vehicles").

9. Pinnacle Bank filed a Motion for Relief from the automatic stay (Doc 20) ("Motion") on June 6, 2023.

10. The Debtor filed its Objection to the Motion (Doc 35) on June 16, 2023 ("Objection").

11. The Debtor and Pinnacle Bank wish to settle the Motion and Objection and hereby agree and stipulate that the Motion may be granted.

12. It is understood and agreed that Pinnacle Bank's security interest in the Cox Personal Vehicles that also secure the Debtor's obligations under the Notes remain unaffected by this Stipulation and issues relating thereto will be addressed separately and nothing in this Stipulation constitutes an express or implied waiver of Pinnacle Bank's rights in such collateral. Pinnacle Bank reserves the right to seek relief from the Automatic Say as to the Cox Personal Vehicles.

IN WITNESS WHEREOF, the parties have executed this Stipulation on the date indicated below.

2

DATED: July 25, 2023.

| KMS SHUTTLE SERVICE LLC, Debtor and Debtor-in-Possession<br><br>By: */s/John A. Lentz*<br>John A. Lentz, #24420<br>Lentz Law PC, LLO<br>620 J Street, Suite 215B<br>Lincoln, NE 68508<br>Tel No. (402) 421-9676<br>Fax No. (402) 608-2821<br>john@johnlentz.com<br>Attorney for the Debtor | PINNACLE BANK, Secured Creditor<br><br>By: */s/Craig A. Knickrehm*<br>Craig A. Knickrehm, #16595<br>Walentine O'Toole, LLP<br>PO Box 540125<br>11240 Davenport Street<br>Omaha NE  68154-0125<br>Tel. No. (402) 330-6300<br>Fax No. (402) 330-6303<br>cknickrehm@walentineotoole.com<br>Attorney for Pinnacle Bank |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above and foregoing was served electronically via the CM/ECF filing system, on this 25th day of July, 2023 and that a copy of the above and foregoing was sent on this 25th day of July, 2023 by U.S. Mail, postage prepaid, first class, addressed to the following:

KMS Shuttle Service, LLC
617 S. Lincoln Ave.
York, NE 68467


*/s/Craig A. Knickrehm*